| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, SBN # 308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant-Appellant |
| | ARTHUR J. GRAVES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:18-CR-00024-LJO |
| | ) | |
| Plaintiff-Appellee, | ) | [No. 1:16-po-0053-SKO] |
| | ) | |
| vs. | ) | **AMENDED** |
| | ) | **MOTION TO WITHDRAW AS COUNSEL** |
| ARTHUR J. GRAVES, | ) | **OF RECORD AND FOR APPOINTMENT OF** |
| | ) | **NEW COUNSEL; ORDER** |
| Defendant-Appellant. | ) | |
| | ) | |

I, Andrew Wong, Assistant Federal Defender in the Eastern District of California, appointed counsel for Defendant-Appellant, Arthur J. Graves, hereby moves this court for an order relieving him as appointed counsel and substituting panel attorney Karen L. Lynch, who was identified by the Federal Defender's Office of the Eastern District of California as the attorney to whom they would assign this case. Karen L. Lynch has consented to the substitution, as attorney of record. Karen L. Lynch's contact information is: 1204 W. Shaw Avenue, Suite 104, Fresno, CA 93711; Phone Number: (559) 478-4370; Email: kllynch@lawyer.com. In support of this motion it is averred that:

1. On April 29, 2016, United States Magistrate Judge Stanley A. Boone issued a failure to appear arrest warrant for Mr. Arthur J. Graves after he failed to appear at his April 9, 2016 initial appearance date for Citation No. 2702187.

2. On or about January 15, 2018, the United States Marshal Service arrested Mr. Graves on

this warrant.

3. On January 16, 2018, Mr. Graves made his initial appearance on Citation No. 2702187 before United States Magistrate Judge Sheila K. Oberto. The undersigned counsel was appointed to represent Mr. Graves in magistrate court.

4. On January 16, 2018, Mr. Graves pleaded guilty to Citation No. 2702187, which charged him with disorderly conduct in violation of 36 C.F.R. § 1.218(b)(11). Mr. Graves entered a guilty plea pursuant to an oral plea agreement and was sentenced to time served, consistent with the Plea Agreement. The Court also imposed a $25.00 processing fee and $10.00 special assessment.

5. On January 22, 2018, the Court entered Mr. Graves's judgment of conviction. This judgment reported a sentence of time served as well as a total financial obligation of $35.00. On the same day, the undersigned mailed Mr. Graves a copy of this judgment.

6. On January 30, 2018, Mr. Graves called the undersigned and indicated that he wished the undersigned to file an appeal on his behalf.

7. On January 30, 2018, the undersigned filed a notice of appeal on Mr. Graves's behalf (Docket #14).

8. If Mr. Graves wishes to appeal on the basis of ineffective assistance of counsel, the undersigned attorney would be conflicted from representing Mr. Graves in his appeal.

For the above reasons, the appellant moves this Court for an order granting the undersigned counsel's motion to withdraw as counsel.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: February 6, 2018                /s/ Andrew Wong
                                            ANDREW WONG
                                            Assistant Federal Defender
                                            Attorneys for Defendant-Appellant
                                            ARTHUR J. GRAVES

**O R D E R**

The Request to be relieved as counsel indicates that "IF" the Defendant wishes to appeal on the basis of ineffective assistance of counsel that there would be a conflict. Until the Defendant makes that intent clear, there is no conflict. DENIED.

IT IS SO ORDERED.

Dated: **February 7, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE