**KAREN L. LYNCH #161088**
Karen L. Lynch, Inc.
1204 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone (559) 478-4370
Facsimile (559) 478-5073

Attorney for Defendant, Arthur J. Graves

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-cr-0024-LJO |
| | ) | |
| Plaintiff | ) | STIPULATION TO CONTINUE |
| v. | ) | APPEAL BRIEFING SCHEDULE |
| | ) | AND ORDER THEREON |
| | ) | |
| ARTHUR J. GRAVES, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, UNITED STATES OF AMERICA and Defendant ARTHUR J. GRAVES (Hereinafter "the Parties"), that the February 1, 2018, briefing schedule set forth by Deputy Clerk C. Marrujo that

1) Appellant's Brief shall be served and filed within twenty-one days after filing of the appropriate transcripts (March 13, 2018),

2) Appellee's brief shall be served and filed within twenty-one days after filing of appellants brief (April 3, 2018), and

3) Appellant may serve and file a reply brief within seven (7) court days after service of appellee's brief

be vacated.

1
_____
STIPULATION TO CONTINUE APPEAL BRIEFING SCHEDULE AND [PROPOSED] ORDER

GOOD CAUSE exists to vacate said brief scheduling in that criminal defense counsel was recently appointed from the Criminal Justice Act Panel (Eastern District, Fresno) and approved by this Court on February 27, 2018, to represent Defendant ARTHUR J. GRAVES. Defense counsel was advised of the approval on February 28, 2018, and was thereafter provided discovery and pleadings and attempted contact with Defendant ARTHUR J. GRAVES who is a transient and is difficult to reach and who has mental health issues. Defense counsel needs time to communicate with Defendant ARTHUR J. GRAVES and to determine how to proceed in light of ARTHUR J. GRAVES' mental health issues.

Therefore, the Parties have stipulated to the following briefing schedule:

1) Appellant's Brief shall be served and filed on or before April 6, 2018.
2) Appellee's brief shall be served and filed within twenty-one days after filing of appellants brief.
3) Appellant may serve and file a reply brief within seven (7) court days after service of appellee's brief.

Dated: March 8, 2018      By:   /s/ Karen L. Lynch
                                KAREN L. LYNCH,
                                Attorney for ARTHUR J. GRAVES


Dated: March 8, 2018            McGREGOR W. SCOTT
                                United States Attorney

                          By:   /s/ Darin Rock
                                DARIN ROCK
                                Special Assistant U.S. Attorney

ORDER

The Court, having reviewed the above request for a Continuance of an Appeal Briefing Schedule and Proposed Order Thereupon, and having found good cause for the continuance,

HEREBY ORDERS AS FOLLOWS:

1) Appellant's Brief shall be served and filed on or before April 6, 2018.
2) Appellee's brief shall be served and filed within twenty-one days after filing of appellants brief.

Appellant may serve and file a reply brief within seven (7) court days after service of appellee's brief.

IT IS SO ORDERED.

Dated: **March 9, 2018**        /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE